# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>       )<br>            Plaintiff, )<br>       )<br>       vs. )<br>       ) | **CR06-5086 JPD** |
| ROMAN J. ELIZARDE, )<br>       )<br>            Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The defendant has requested additional time in which to pay the monetary fines imposed at the time of sentencing, March 27, 2006.  The request is GRANTED.   The defendant shall have until Tuesday, January 2, 2007, in which to complete payment of the fines imposed.

Dated this 27th day of June , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**